UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INDEX NO. 98-1787
HON. JUDGE Carol Bagley Amon
SOC. SEC. NO. 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
)Claim No. C-70238

UNITED STATES OF AMERICA,
                    Plaintiff,

                    v.

Hilda Vega

                    Defendant(s),

                    and

METRO Care Home Services, Inc.

                    Garnishee

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★        SEP 2 9 2005        ★

P.M. _____
TIME A.M. _____

## ANSWER OF THE GARNISHEE

Elizabeth Molina_____, **BEING DULY SWORN DEPOSES AND SAYS:**
    **(Affiant)**

IF GARNISHEE IS AN INDIVIDUAL: Hilda   Vega-Rojas

        That he/she is Garnishee herein doing business in the
name of  METRO Care Home Services, Inc. 21 E 26th Street  New
York, NY  10010

IF GARNISHEE IS A PARTNERSHIP:

        That he/she is a member of _____N/A_____
a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

        That he/she is the (State Official Title) ___N/A___
__ of Garnishee, _____ a corporation, organized
under the laws of the State of _____.

        On _____, 200__, Garnishee was served with the Writ
of Garnishment.  For the pay period in effect on the date of
service (shown above)

**Yes No**

| | | | |
|---|---|---|---|
| ✓ | ___ | 1. | Defendant was in my/our employ. |

___ ___ 2. Pay period is ____ weekly, ✓ |bi-weekly|
____ semi-monthly, ____ monthly.
Enter date present pay period began.  9·23·05
(Present means the pay period in which
this order and notice of garnishment were
served)
Enter date above pay period ends.

3. Enter amount of net wages.  **Calculate below:**
   (a) Gross Pay                     $ 73.80
   (b) Federal income tax              – 0 –
   (c) F.I.C.A. income tax             5.73
   (d) State income tax                – 0 –
   Total of tax withholdings          $ 5.73
   TDA2 + Disab.                       $ 12.37
   Net Wages                          $ 56.71
   (a less total of b,c,d)

___ ✓ 4. Have there been previous garnishments in effect. If
the answer is yes, describe below.

_____

_____

_____

4a. Please state defendant's current home address.
99-103 Stockholm St. #2D Bklyn N.Y. 11221

5. The Garnishee has custody, control or possession of
the following property (non-earnings), in which the Debtor
maintains an interest, as described below:

| **Description of Property** | **Approximate Value Interest's** | **Description of Debtor's in Property** |
|---|---|---|
| 1. N/A | N/A | N/A |
| 2. | | |
| 3. | | |
| 4. | | |

Garnishee anticipates owing to the judgment-debtor in the
future, the following amounts:

|  | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ N/A | _____ |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |
| 4. | $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Defendant:]

_____ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Hilda Vega  and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor at,

Hilda Vega

351 Tompkins Avenue
Apt # 2
Brooklyn, NY  11216

and (2) the Attorneys for the United States at,

Mullen & Iannarone, P.C.
300 East Main Street
Smithtown, NY  11787

_____Garnishee

Subscribed and sworn to before me this

27 day of September 2005

Notary Public
My Commission expires:

Margarita Pagan-Tejada
Notary Public, State of New York
No. 01PA6096361
Qualified in Bronx County
Commission Expires Mar 3 2007

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

> Clerk, United States District Court
> Eastern District of New York
> 225 Cadman Plaza, East
> Brooklyn, NY  11201

and a copy of this Answer to:

> Mullen & Iannarone, P.C.
> Attorneys for the Plaintiff
> 300 East Main Street
> Smithtown, NY  11787

and a copy of this answer to the defendant:

> Hilda Vega
>
> 351 Tompkins Avenue
> Apt # 2
> Brooklyn, NY  11216



Corporate Office & Field Operations
21 East 26th Street, 4th Floor
New York NY 10010
Tel. 212-689-7000
Fax. 212-689-7020
Human Resources Fax  (212) 725-4574

**METROCARE**
**HOME SERVICES INC.**

Branch Office
189 Montague Street, Ste. 804
Brooklyn, NY 11201
Tel. (718) 802-9000
Fax. (718) 802-9582

Training Center
39 West 32nd Street, Ste. 603
New York, NY 10001
Tel. (212) 268-1379

September 28, 2005

Clerk, United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, New York 11201

Re:     Index No. 98 -1787
        Hilda Rojas – Vega

Dear Sir or Madam:

Please find attached the completed "Answer of the Garnishee", for the above employee.

If you have any questions, please call me at the captioned number above ext. 253.

Sincerely,

Elizabeth Molina
Bookkeeping Department

Cc:     Mullen & Iannarone, P.C.
        Attorneys for the Plaintiff
        300 East Main Street
        Smithtown, NY 11787


        Hilda Vega
        99-103 Stockholm St. 2D
        Brooklyn, NY 11221

**Providing Quality Home Health Care Services Since 1988**

**METROCARE Home Services**
21 East Twenty-Sixth Street
New York, NY 10010-1405

NEW YORK NY 100

28 SEP 2005 PM 10 L

USMS

Clerk, United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn
11201